**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6646**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARRY D. ALEXANDER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:12-cr-00293-RJC-1)

_____

Submitted:  August 29, 2023                    Decided:  September 1, 2023

_____

Before KING, AGEE, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry D. Alexander, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry D. Alexander appeals the district court's order denying his motion for a sentence reduction pursuant to section 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. We review de novo a defendant's "threshold eligibility for First Step Act relief." *United States v. Goodwin*, 37 F.4th 948, 952 (4th Cir. 2022). Alexander was convicted and sentenced in February 2014, after the enactment of the Fair Sentencing Act, and the district court correctly found that he is therefore not eligible for a sentence reduction under section 404 of the First Step Act. *See id.* at 954. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*